

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00160-CV

In the Interest of A.A.Z., A.A.Z., and A.A.L., children

On Appeal from the
156th District Court of Live Oak County, Texas
Trial Court Cause No. LCV190127

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed, due to appellant's inability to pay costs.

We further order this decision certified below for observance.

November 10, 2021